## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MANESSA YVONNE WATTS,

     Plaintiff,

v.                                      Case No: 8:16-cv-2049-T-30JSS

SOCIAL SECURITY
ADMINISTRATION, TAMPA
REGIONAL OFFICE, MARIA MILAM,
ADA FELICIANO RUIZ, GIL LUGO and
DEBORAH GAMBRELL,

     Defendants.

_____

### __ORDER OF DISMISSAL__

     Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #6) entered on October 24, 2016.   It is therefore

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed without prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 14th day of November, 2016.

                        _____
                        JAMES S. MOODY, JR.
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record